UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
PAULINSKI, CHARLES W § Case No. 05-47588
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF BANKRUPTCY COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 0 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 10/07/2010 in Courtroom 742,

United States Courthouse
219 S. Dearborn Street
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: _____
                                                                                Clerk, U. S. Bankruptcy Court

JOSEPH E. COHEN
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
PAULINSKI, CHARLES W § Case No. 05-47588
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 186,010.33 |
| *and approved disbursements of* | $ | 126,388.99 |
| *leaving a balance on hand of*[1] | $ | 59,621.34 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: JOSEPH E. COHEN | $ 12,550.64 | $ 59.78 |
| Attorney for trustee: COHEN & KROL | $ 4,975.50 | $ 0.00 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: COOKE & LEWIS, LTD. | $ 2,681.25 | $ 240.00 |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |
| Other: | $ | $ |
| Other: | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor:* | | $ | $ |
| *Attorney for:* | | $ | $ |
| *Accountant for:* | | $ | $ |
| *Appraiser for:* | | $ | $ |
| *Other:* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 550.56 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 120.3 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000001* | *Asset Acceptance LLC* | $ 550.56 | $ 662.38 |
| | | $ | $ |
| | | $ | $ |

Tardily filed claims of general (unsecured) creditors totaling $ 27,164.93 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 120.3 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000002 | Michelle Hernandez | $ 27,164.93 | $ 32,682.28 |
|  |  | $ | $ |
|  |  | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/Joseph E. Cohen
Trustee

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: ahamilton              Page 1 of 1                   Date Rcvd: Sep 14, 2010
Case: 05-47588                Form ID: pdf006              Total Noticed: 23

The following entities were noticed by first class mail on Sep 16, 2010.
db           +Charles W Paulinski,    7249 S Troy Street,    Chicago, IL 60629-3041
aty          +Gary L Corlew,   G.L. Corlew, Attorney at Law,     815 North Larkin Ave  Ste# 107,
               Joliet, IL 60435-3596
aty          +Linda M Kujaca,    Law Office of Deborah K. Ebner,    11 E. Adams,   Suite 904,
               Chicago, IL 60603-6306
tr           +Joseph E Cohen,    Tr.,   Cohen & Krol,    105 West Madison Suite 1100,    Chicago, IL 60602-4600
10070494     ++AMERICREDIT,    PO BOX 183853,    ARLINGTON TX 76096-3853
              (address filed with court: AmeriCredit,      PO Box 183853,    Arlington, TX 76096)
10070495     +ATG Credit, LLC,    PO Box 14895,    Chicago, IL 60614-0895
10070496     +Cardiac Billing Services,    9410 Compubill Drive,    Orland Park, IL 60462-2627
10070497     +Emergency Room Care Providers, SC,     Dept. 4034,   PO Box 3065,    Oak Brook, IL 60522-3065
10070498     +Enchanced Recovery Corporation,     8014 Bayberry Road,    Jacksonville, FL 32256-7412
10070499     +Holy Cross Hospital,    PO Box 2166,    Bedford Park, IL 60499-2166
10070500     +Litton Loan Servicing, LP,    4828 Loop Central Drive,     Houston, TX 77081-2166
10070502     +MIDC Metro Infectious,    Disease Consultants,    500 E. Ogden Ave., Suite C,
               Hinsdale, IL 60521-2480
10070501     +Messerli & Kramer, PA,    3033 Campus Dr., #250,    Plymouth, MN 55441-2662
10860152     +Michelle Hernandez,    c/o Thomas M. Britt, P.C.,    6825 W. 171st Street,
               Tinley Park, IL 60477-3447
10070503      Midwest Neoped Associates, Ltd.,     PO Box 2686,   Carol Stream, IL 60132-0001
10070504     +Orizon Pathology Foundation,    PO Box 88639,    Chicago, IL 60680-1639
10070506      Providian Mastercard,    PO Box 9539,    Manchester, NH 03108-9539
10070507      Providian Processing Services,    PO Box 9541,    Manchester, NH 03108-9541
10070509     +Sanjay S. Jutla, Esq.,    310 S. Michigan Ave., Suite 1420,    Chicago, IL 60604-4207
10070510      Summit Collection Services, Inc.,     PO Box 306,   Hohokus, NJ 07423-0306
10070511     +Worldzen Collection and Recovery LLC,     Dept. 718,    PO Box 4115,   Concord, CA 94524-4115

The following entities were noticed by electronic transmission on Sep 14, 2010.
10739914     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                           Asset Acceptance LLC,
               PO Box 2036,   Warren MI 48090-2036
10739915     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                           Asset Acceptance LLC,
               Assignee/SBC,    PO Box 2036,   Warren MI 48090-2036
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10883122     ##+Michelle Hernandez,    C/O Law Offices of Thomas M Britt,    6825 W 171st Street,
               Tinley Park, IL 60477-3447
10070505     ##+Progressive Recovery Techniques,    PO Box 450279,    Sunrise, FL 33345-0279
10070508     ##+Risk Management Alternatives,    PO Box 105236,    Atlanta, GA 30348-5236
10070512     ##+Zorub Clinic, Ltd.,    Ossama Zorub,    4700 W. 95th St., Suite #103,    Oak Lawn, IL 60453-2539
                                                                                   TOTALS: 0, * 0, ## 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 16, 2010**                          **Signature:** *Joseph Speetjens*