# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PAULINSKI, CHARLES W | § | Case No. 05-47588 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $           (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter    on            . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____     By:/s/JOSEPH E. COHEN_____
                                                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
|  |  |  |  |
| CLERK, U.S. BANKRUPTCY COURT |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Mortgage payoff |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN | | | | | |
| JOSEPH E. COHEN | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| Settlement charges | | | | | |
| Real estate taxes | | | | | |
| COHEN & KROL | | | | | |
| JOSEPH COHEN | | | | | |
| COOKE & LEWIS, LTD. | | | | | |
| COOKE & LEWIS, LTD. | | | | | |
| Brokers Commission | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | ASSET ACCEPTANCE LLC | | | | | |
| 000002 | MICHELLE HERNANDEZ | | | | | |
| | ASSET ACCEPTANCE LLC | | | | | |
| | MICHELLE HERNANDEZ | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 05-47588 | CAD | Judge: CAROL A. DOYLE | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|---|
| Case Name: | PAULINSKI, CHARLES W | | | | Date Filed (f) or Converted (c): | 10/10/05 (f) |
| | | | | | 341(a) Meeting Date: | 12/07/05 |
| For Period Ending: | 10/06/11 | | | | Claims Bar Date: | 08/03/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE | 120,000.00 | 55,000.00 | | 185,000.00 | FA |
| 2. CASH | 20.00 | 0.00 | | 0.00 | 0.00 |
| 3. CHECKING | 50.00 | 0.00 | | 0.00 | 0.00 |
| 4. HOUSEHOLD GOODS | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| 5. APPAREL | 300.00 | 0.00 | | 0.00 | 0.00 |
| 6. VEHICLE | 16,000.00 | 0.00 | | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1,015.72 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $137,370.00 | $55,000.00 | | $186,015.72 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE TO SELL REAL ESTATE OWNED BY DEBTOR. TRUSTEE OBTAINED COURT ORDER TO SELL PROPERTY WHICH HAS NOW CLOSED. TRUSTEE HAS OBJECTED TO A PROOF OF CLAIM. TRUSTEE WILL FILE MOTION TO EMPLOY ACCOUNTANT. TRUSTEE PREPARING HIS FINAL REPORT. FINAL REPORT FILED AND DISTRIBUTION MADE. DEBTOR HAS NOT CASHED HIS SURPLUS CHECK YET.

Initial Projected Date of Final Report (TFR): 10/31/07    Current Projected Date of Final Report (TFR): 09/30/10

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 05-47588 -CAD | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | PAULINSKI, CHARLES W | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******9353 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******6416 | | |
| For Period Ending: | 10/06/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/13/06 | | STEWART TITLE CO. OF ILLINOIS | Proceeds from sale of real estate | | 58,831.30 | | 58,831.30 |
| | 1 | STEWART TITLE CO. OF ILLINOIS | Memo Amount: 185,000.00 | 1110-000 | | | |
| | | | Proceeds from sale of real estate | | | | |
| | | | Memo Amount: ( 107,487.34 ) | 4110-000 | | | |
| | | | Mortgage payoff | | | | |
| | | | Memo Amount: ( 3,382.46 ) | 2820-000 | | | |
| | | | Real estate taxes | | | | |
| | | | Memo Amount: ( 11,100.00 ) | 3510-000 | | | |
| | | | Brokers Commission | | | | |
| | | | Memo Amount: ( 4,198.90 ) | 2500-000 | | | |
| | | | Settlement charges | | | | |
| 06/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 23.89 | | 58,855.19 |
| 07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 49.99 | | 58,905.18 |
| 08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 50.03 | | 58,955.21 |
| 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 48.45 | | 59,003.66 |
| 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 50.12 | | 59,053.78 |
| 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 48.54 | | 59,102.32 |
| 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 50.19 | | 59,152.51 |
| 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 50.25 | | 59,202.76 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 45.42 | | 59,248.18 |
| 03/01/07 | 000301 | International Sureties, Ltd. Suite 500 203 Carondelet St. New Orleans, LA 70130 | Bond premium | 2300-000 | | 47.70 | 59,200.48 |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 50.32 | | 59,250.80 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 48.71 | | 59,299.51 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 50.36 | | 59,349.87 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 48.77 | | 59,398.64 |

Page Subtotals  59,446.34  47.70

Ver: 16.02b

FORM 2

Page: 2

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-47588 -CAD | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | PAULINSKI, CHARLES W | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******9353 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******6416 | | |
| For Period Ending: | 10/06/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 50.45 | | 59,449.09 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 50.49 | | 59,499.58 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 37.90 | | 59,537.48 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 37.93 | | 59,575.41 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 31.83 | | 59,607.24 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 28.50 | | 59,635.74 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 23.63 | | 59,659.37 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 14.18 | | 59,673.55 |
| 03/25/08 | 000302 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 52.64 | 59,620.91 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 14.10 | | 59,635.01 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 12.22 | | 59,647.23 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 7.57 | | 59,654.80 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 7.34 | | 59,662.14 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 7.58 | | 59,669.72 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 7.57 | | 59,677.29 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 7.35 | | 59,684.64 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 5.79 | | 59,690.43 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 4.89 | | 59,695.32 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.020 | 1270-000 | 3.24 | | 59,698.56 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.020 | 1270-000 | 1.01 | | 59,699.57 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.020 | 1270-000 | 0.92 | | 59,700.49 |
| 02/28/09 | 000303 | International Sureties, Ltd. 701 Poydras St. Suite 420 New Orleans, LA 70139 | Bond premium | 2300-000 | | 49.00 | 59,651.49 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.020 | 1270-000 | 1.02 | | 59,652.51 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.45 | | 59,654.96 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.53 | | 59,657.49 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.46 | | 59,659.95 |

Page Subtotals   362.95   101.64

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

Case 05-47588   Doc 56   Filed 10/10/11   Entered 10/10/11 09:19:51   Desc Main
Document     Page 9 of 11

Document     Page 9 of 11

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 05-47588 -CAD | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | PAULINSKI, CHARLES W | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9353 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******6416 | | | |
| For Period Ending: | 10/06/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.53 | | 59,662.48 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.53 | | 59,665.01 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.45 | | 59,667.46 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.53 | | 59,669.99 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.45 | | 59,672.44 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.53 | | 59,674.97 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.53 | | 59,677.50 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.29 | | 59,679.79 |
| 03/26/10 | 000304 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 70.95 | 59,608.84 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.54 | | 59,611.38 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.45 | | 59,613.83 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.53 | | 59,616.36 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.45 | | 59,618.81 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.53 | | 59,621.34 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.53 | | 59,623.87 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.45 | | 59,626.32 |
| 10/06/10 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.41 | | 59,626.73 |
| 10/06/10 | | Transfer to Acct #*******1435 | Final Posting Transfer | 9999-000 | | 59,626.73 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 185,000.00 | COLUMN TOTALS | | 59,847.02 | 59,847.02 | 0.00 |
| Memo Allocation Disbursements: | 126,168.70 | Less:  Bank Transfers/CD's | | 0.00 | 59,626.73 | |
| | | Subtotal | | 59,847.02 | 220.29 | |
| Memo Allocation Net: | 58,831.30 | Less:  Payments to Debtors | | | 0.00 | |
| | | Net | | 59,847.02 | 220.29 | |

Page Subtotals     37.73     59,697.68

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 9)

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 05-47588 -CAD | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | PAULINSKI, CHARLES W | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******1435  BofA - Checking Account |
| Taxpayer ID No: | *******6416 | | |
| For Period Ending: | 10/06/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/06/10 | | Transfer from Acct #*******9353 | Transfer In From MMA Account | 9999-000 | 59,626.73 | | 59,626.73 |
| 10/07/10 | 003001 | JOSEPH E. COHEN<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL  60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 12,550.79 | 47,075.94 |
| 10/07/10 | 003002 | JOSEPH E. COHEN<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL  60602-0000 | Chapter 7 Expenses | 2200-000 | | 59.78 | 47,016.16 |
| 10/07/10 | 003003 | COHEN & KROL | Attorney for Trustee fees | 3110-000 | | 3,317.00 | 43,699.16 |
| 10/07/10 | 003004 | COOKE & LEWIS, LTD. | Accountant  for Trustee fees | | | 2,921.25 | 40,777.91 |
| | | | Accountant for Trustee fees | | | | |
| | | | Fees          2,681.25 | 3410-000 | | | |
| | | | Expenses         240.00 | 3420-000 | | | |
| 10/07/10 | 003005 | JOSEPH COHEN | Attorney for Trustee fees | 3110-000 | | 1,658.50 | 39,119.41 |
| 10/07/10 | 003006 | Asset Acceptance LLC<br>Assignee/SBC<br>PO Box 2036<br>Warren MI 48090 | Claim 000001, Payment 120.38833% | | | 662.81 | 38,456.60 |
| | | | Claim          550.56 | 7100-000 | | | |
| | | | Interest         112.25 | 7990-000 | | | |
| 10/07/10 | 003007 | Michelle Hernandez<br>c/o Thomas M. Britt, P.C.<br>6825 W. 171st Street<br>Tinley Park, IL 60477 | Claim 000002, Payment 120.38882% | | | 32,703.54 | 5,753.06 |
| | | | Claim       27,164.93 | 7200-000 | | | |
| | | | Interest      5,538.61 | 7990-000 | | | |
| * 10/07/10 | 003008 | CHARLES PAULINSKI | Surplus to Debtor | 8200-004 | | 5,753.06 | 0.00 |
| | | | Page Subtotals | | 59,626.73 | 59,626.73 | |

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 10)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 05-47588 -CAD | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | PAULINSKI, CHARLES W | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******1435 BofA - Checking Account |
| Taxpayer ID No: | *******6416 | | |
| For Period Ending: | 10/06/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 01/19/11 | 003008 | CHARLES PAULINSKI | Surplus to Debtor Stop Payment Reversal STOP PAY ADD SUCCESSFUL | 8200-004 | | -5,753.06 | 5,753.06 |
| 03/09/11 | 003009 | CLERK, U.S. BANKRUPTCY COURT | DEPOSIT OF UNCLAIMED FUNDS DEPOSIT OF UNCLAIMED FUNDS | 8200-002 | | 5,753.06 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 59,626.73 | 59,626.73 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 59,626.73 | 0.00 | |
| | | Subtotal | 0.00 | 59,626.73 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 5,753.06 | |
| | | Net | 0.00 | 53,873.67 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 185,000.00 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 126,168.70 | Money Market Account (Interest Earn - ********9353 | 59,847.02 | 220.29 | 0.00 |
| | | BofA - Checking Account - ********1435 | 0.00 | 53,873.67 | 0.00 |
| Total Memo Allocation Net: | 58,831.30 | | ----------------- | ----------------- | ----------------- |
| | | | 59,847.02 | 54,093.96 | 0.00 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 11)